AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means               ❑ Original          ❑ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
District of New Mexico

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.    24-MR-744 |
| information associated with rmendz0001@yahoo.com | ) | |
| and jbm3893@yahoo.com that is stored at premises | ) | |
| conrolled by Yahoo, Inc. | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:       Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before    May 3, 2024    *(not to exceed 14 days)*
❑ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Karen B. Molzen    .
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*    ❑ until, the facts justifying, the later specific date of _____ .

Date and time issued:    April 19, 2024 at 4:57 pm          *Karen B Molzen*
                                                                            *Judge's signature*

City and state:        Albuquerque, New Mexico          Karen B. Molzen, United States Magistrate Judge
                                                                            *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____


                                                    _____
                                                            *Executing officer's signature*


                                                    _____
                                                            *Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with **rmendz0001@yahoo.com** and **jbm3893@yahoo.com** that is stored at premises owned, maintained, controlled, or operated by Yahoo, Inc., a company headquartered at 391 San Antonio Rd (Floors 5 & 6), Mountain View, CA 94040.

18

*KBM*

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Yahoo, Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Yahoo, Inc., regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that have been deleted but is still available to Yahoo, Inc, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on or about December 5, 2023 (**rmendz0001@yahoo.com**) and December 13, 2023 (**jbm3893@yahoo.com**), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.    The contents of all emails associated with the accounts from May 1, 2009, through April 19, 2024, as to rmendz0001@yahoo.com, and from January 1, 2017, through April 19, 2024, as to jbm3893@yahoo.com, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.    The types of services utilized;

19

*KBM*

d.      All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files; and

e.      All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken. The Provider is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II.   Information to be seized by the government.

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of 18 U.S.C. § 1951 (Hobbs Act extortion under color of official right); 18 U.S.C. § 1952 (Travel Act interstate travel or transportation in aid of racketeering enterprises); 18 U.S.C. § 371 (conspiracy); 18 U.S.C. § 666 (bribery); 18 U.S.C. §§ 1343, 1346 (honest services wire fraud); and 18 U.S.C. § 2 (aiding and abetting), those violations involving a scheme to obtain payments in exchange for an officer refraining from filing charges or from appearing for interviews or court settings, and involving Thomas CLEAR, Ricardo MENDEZ, Joshua MONTANO, Honorio ALBA, Harvey JOHNSON, and/or Nelson ORTIZ, since May 1, 2009, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Evidence related to driver's licenses (other than those belonging to the sender or recipient of the communication);

(b) Evidence reflecting how payments were tracked for alleged DWI offenders targeted under the criminal scheme;

20

KBM

(c) Evidence related to payments to Thomas CLEAR, Ricardo MENDEZ, Joshua MONTANO, Honorio ALBA, Harvey JOHNSON, Nelson ORTIZ, or other current or former police officers involved in the criminal scheme;

(d) Evidence related to the purchase of goods – including vehicles, clothing, jewelry, travel, or other things of value – with criminal proceeds;

(e) Records, receipts, bank statements and records, money drafts, letters of credit, money orders and cashier's checks, passbooks, bank checks, safe deposit boxes, and other items evidencing the obtaining, secreting, and/or concealment, and/or expenditures of money;

(f) Photographs or videos of Thomas CLEAR, Ricardo MENDEZ, Joshua MONTANO, Honorio ALBA, Harvey JOHNSON, Nelson ORTIZ, or their co-conspirators and the property and assets purchased with proceeds of the criminal scheme;

(g) Records and information related to alleged DWI offenders targeted as part of the criminal scheme, including, but not limited to, evidence of transmission of charging information, phone numbers, or personal identifying information of the alleged DWI offenders;

(h) Information that constitutes evidence concerning persons who collaborated, conspired, or assisted (knowingly or unknowingly) the commission of the criminal activity under investigation;

(i) The identity of the person(s) who communicated with the account about matters relating to the criminal activity under investigation, including records that help reveal their whereabouts;

21

KBM

(j) Information that constitutes evidence indicating the state of mind of Thomas CLEAR, Ricardo MENDEZ, Joshua MONTANO, Honorio ALBA, and/or Nelson ORTIZ, *e.g.*, intent, absence of mistake, or evidence indicating preparation or planning, related to the criminal activity under investigation;

(k) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

(l) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(m) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(n) The content of communications that constitutes evidence of the criminal activity under investigation, including communications by and between Thomas CLEAR, Ricardo MENDEZ, Joshua MONTANO, Honorio ALBA, and/or Nelson ORTIZ, and by and between Ricardo MENDEZ and any other co-conspirators or accomplices and by and between Joshua MONTANO and any other co-conspirators or accomplices;

(o) Steps taken in furtherance of the criminal activity under investigation;

(p) Evidence indicating any way a motive to commit any of the offenses detailed in this affidavit or to otherwise engage in criminal activity;

(q) identification of co-conspirators, accomplices, and aiders and abettors in the commission of the above offenses;

22

KBM

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

23

KBM